AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Najva Farshid, on behalf of her child, E.K., a minor ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-cv-821 |
| Allen Independent School District, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Najva Farshid, on behalf of her child, E.K., a minor.

Date:   09/23/2022

s/ Keith Altman
*Attorney's signature*

Keith Altman, MI Bar No. P81702
*Printed name and bar number*

The Law Office of Keith Altman
33227 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*