UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NAJVA FARSHID, on behalf of her child, E.K., a minor, § § § *Plaintiffs*, § § vs. § § ALLEN INDEPENDENT SCHOOL DISTRICT, through its Board of Trustees; JULIE YOUNG, in her official and individual capacity; TERREVA BRYANT, in her official and individual capacity; CRYSTAL BUNCH, in her official and individual capacity; DOUG WILHELM, in his official and individual capacity; DOE DEFENDANTS 1-20, inclusively, § § § § § § § § § § § *Defendants*. § | Civil Action No. 4:22-cv-00821-ALM |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

The Court has considered the Defendants' Motion to Dismiss, the Plaintiff's response, any reply and sur-reply and the pleadings on file.

The Court finds the Motion has merit and GRANTS the Motion. Accordingly, the claims asserted in Plaintiff's Complaint [Dkt. 1] are herby DISMISSED pursuant to Tex. Civ. Prac. & Rem. Code §101.106, Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).