AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00821-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Crystal Bunch**
was received by me on *(date)* 12/6/2022

☒ I personally served the summons on the individual at *(place)* 2413 Emerald Lane; McKinney, TX 75071
on *(date)* 12/7/2022 @ 4:38 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/19/2022

*Server's signature*

Coleman Alexander McMillan, PSC-12782
*Printed name and title*

4900 Basil Dr, McKinney TX 75070
*Server's address*

Additional information regarding attempted service, etc: