AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00821-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Crystal Bunch

was received by me on *(date)* 12/6/2022 .

☑ I personally served the summons on the individual at *(place)* 2413 emerald lane McKinney TX 75071 on *(date)* 12/13/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ / for travel and $ / for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2022

Server's signature

Colton McMurrin  Process server
Printed name and title
PSC12782 Exp 7/3/2024

4400 Basil Dr, McKinney TX 75070
Server's address

Additional information regarding attempted service, etc: