UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NAJVA FARSHID, on behalf of her child, E.K., a minor, § § § | | |
| *Plaintiffs*, § § | | |
| vs. § § | Civil Action No. 4:22-cv-00821-ALM | |
| ALLEN INDEPENDENT SCHOOL DISTRICT, through its Board of Trustees; JULIE YOUNG, in her official and individual capacity; TERREVA BRYANT, in her official and individual capacity; CRYSTAL BUNCH, in her official and individual capacity; DOUG WILHELM, in his official and individual capacity; DOE DEFENDANTS 1-20, inclusively, § § § § § § § § § § § § § | | |
| *Defendants*. § | | |

## ORDER GRANTING DEFENDANTS' SECOND MOTION TO DISMISS

The Court has considered the Defendants' Second Motion to Dismiss, the Plaintiff's response, any reply and sur-reply and the pleadings on file.

The Court finds the Motion has merit and GRANTS the Motion. Accordingly, the claims asserted in Plaintiff's Amended Complaint [Dkt. 5] are herby DISMISSED pursuant to Tex. Civ. Prac. & Rem. Code §101.106, Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).