UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NAJVA FARSHID, on behalf of her child, E.K., a minor, <br><br>*Plaintiffs*, <br><br>vs. <br><br> ALLEN INDEPENDENT SCHOOL DISTRICT, through its Board of Trustees; JULIE YOUNG, in her official and individual capacity; TERREVA BRYANT, in her official and individual capacity; CRYSTAL BUNCH, in her official and individual capacity; DOUG WILHELM, in his official and individual capacity; DOE DEFENDANTS 1-20, inclusively, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § Civil Action No. 4:22-cv-00821-ALM |

## ORDER

Before the Court is Defendants' Motion to Dismiss (Dkt. #3).  On December 7, 2022, an Amended Complaint (Dkt. #5) was filed.

It is therefore ORDERED that Defendants' Motion to Dismiss (Dkt. #3) is denied as moot.

**IT IS SO ORDERED.**

SIGNED this 6th day of January, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE