# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NAJVA FARSHID, on behalf of her child, E.K., a minor, § § § *Plaintiffs*, § § vs. § § ALLEN INDEPENDENT SCHOOL § DISTRICT, through its Board of § Trustees; JULIE YOUNG, in her official § and individual capacity; TERREVA § BRYANT, in her official and individual § capacity; CRYSTAL BUNCH, in her § official and individual capacity; DOUG § WILHELM, in his official and individual § capacity; DOE DEFENDANTS 1-20, § inclusively, § § *Defendants*. § | Civil Action No. 4:22-cv-00821-ALM |

## ORDER GRANTING DEFENDANT CRYSTAL BUNCH'S MOTION TO DISMISS

The Court has considered the Defendant Crystal Bunch's Motion to Dismiss, the Plaintiff's response, any reply and sur-reply and the pleadings on file.

The Court finds the Motion has merit and GRANTS the Motion. Accordingly, the claims asserted against Defendant Crystal Bunch in Plaintiff's Amended Complaint [Dkt. 5] are hereby DISMISSED pursuant to Tex. Civ. Prac. & Rem. Code §101.106, Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).